ELIZABETH N. BERGER et al. v. PENNSYLVANIA RAILROAD COMPANY and PENNSYLVANIA-READING SEASHORE LINES.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante,* p. 956.]

ELIZABETH N. BERGER et al. v. PENNSYLVANIA RAILROAD COMPANY AND PENNSYLVANIA-READING SEASHORE LINES.— Motion granted insofar as to extend appellant's time to answer the complaint herein until ten days after the entry of this order. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante,* p. 956.]

SELECT THEATRES CORPORATION, Suing on Behalf of Itself and All Other Stockholders of Shubert Music Publishing Corporation, v. HARMS, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 505.]

STERLING INDUSTRIES, INC., v. BALL BEARING PEN CORPORATION et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 460.]

In the Matter of MOE COHEN et al., Copartners Doing Business as J. COHEN & BRO., LEHIGH LUMBER COMPANY AND CENTRAL LUMBER COMPANY, against NATHAN SOLOMON, as President of Local 830 Retail and Wholesale Employees Union, for an Order Vacating and Setting Aside an Arbitration. In the Matter of the Application to Confirm an Arbitration Award between NATHAN SOLOMON, as President of Local 830, Retail and Wholesale Employees Union, and MOE COHEN et al., Copartners Doing Business as J. COHEN & BRO., LEHIGH LUMBER COMPANY and CENTRAL LUMBER COMPANY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante,* p. 959.]

JACOB RUBIN et al., Copartners Doing Business as MAX RUBIN & SONS, v. 8008 REALTY CORP. et al.— Motion for resettlement of order entered March 23, 1948, denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante,* p. 881.]

ROSE McCARTHY et al., as Administratrices of the Estate of JOHN McCARTHY, Deceased, v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 945.]

SYLVESTER J. LIEBERMANN v. SOL TEKULSKY, as Executor of CARRIE G. TEKULSKY, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 946.]

In the Matter of RUSSELL T. BROOKS et al. against WILLIAM O'DWYER, as Mayor of the City of New York, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante,* p. 957.]

PRUDENTIAL EXPORTERS CORPORATION v. GUARANTY TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 944.]

SUTTON CARPET CLEANERS, INC., v. FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY. RUTH C. WRIGHT v. HYMAN LEVINE et al. and FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs.